**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY B. NEATHERY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 04-366-PMF |
| ) | |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision denying Plaintiff's applications for disability benefits. The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff, Mary B. Neathery.

DATED: November 17, 2005.              NORBERT G. JAWORSKI, CLERK

                                        By: **s/ Karen R. Metheney**
                                            Deputy Clerk

**APPROVED:**

**s/ Philip M. Frazier**
**UNITED STATES MAGISTRATE JUDGE**